**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISTIAN JACKSON**                                                                    **PLAINTIFF**
**ADC #161090**

**v.**                                   **Case No: 4:25-cv-01045-LPR**

**DEXTER PAYNE, et al.**                                                        **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 7) and the Plaintiff's Objections (Doc. 8). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD—as it relates to the claims against Defendant Gibson—in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's claims against Defendant Gibson—as set out in Doc. 6—are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Clerk is instructed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 21st day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court has, in a separate Order, granted Plaintiff's request to dismiss all claims except those against Defendant Gibson. *See* Doc. 11.